## No. 15,767.

### Wiederspahn v. Miami Water Company et al.
(189 P. [2d] 454)

Decided January 26, 1948.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Jackson and Mr. Justice Luxford, participating.

Mr. Herbert E. Mann, for plaintiff in error.

Messrs. Apple & West, for defendants in error.